IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| **KATHERINE VEALS,** § | |
| § | |
| Plaintiff, § | |
| v. § | Civil Action No. **7:09-CV-0199-O** |
| § | |
| **WICHITA COUNTY,** § | |
| § | |
| Defendant. § | |

## ORDER

Before the court are the Findings and Recommendations of the United States Magistrate Judge, filed January 4. 2010. Plaintiff did not file objections to the findings and recommendation.

This is a civil rights action wherein Plaintiff has filed a motion for leave to proceed *in forma pauperis*. Pursuant to 28 U.S.C. § 636(b), and an order of the court in implementation thereof, the case was referred to United States Magistrate Robert K. Roach for review and submission of proposed findings of fact and recommendation for disposition. Magistrate Judge Roach found that "Plaintiff's complaint consists of inarticulate rantings of a destitute person" seeking help that "this Court cannot and does not have the power or authority give." Report at 2. Based on these findings, Magistrate Judge Roach recommended that the complaint should be dismissed as frivolous pursuant to 28 U.S.C. § 1915(e)(2), and recommended that Plaintiff's motion to proceed *in forma pauperis* be denied as moot.

Having reviewed the pleadings, file, and record in this case, and the findings of the magistrate judge, the court determines that the findings are correct. The Magistrate Judge's findings and conclusions are therefore **accepted** as those of the court. The court therefore **dismisses** this case with prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(1). Because the court is

dismissing this case, it **denies as moot** Plaintiff's Motion to Proceed In Forma Pauperis (*see* doc. #2).

    **So ordered** this **1st** day of **February, 2010.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**

**Order – Page 2**